**STATE v. HUNT**

[362 N.C. 174 (2008)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LEE WAYNE HUNT | ) | |

No. 565P07

This matter having come before this Court on defendant's Motion to Review Pursuant to Rule 2, this Court notes that defendant was convicted and sentenced to life imprisonment at a time when such cases were directly appealable to the Supreme Court of North Carolina. Accordingly, this Court has jurisdiction to consider defendant's petition, which we treat as a Petition for Writ of Certiorari. As such, defendant's Petition for Writ of Certiorari is denied. The State's Motion to Dismiss Petition for Review Under Rule 2 is dismissed as moot. The State's Motion to Deny Defendant's Motion for Petition for Writ of Certiorari is dismissed as moot.

By order of the Court in Conference, this 24th day of January, 2008.

Hudson, J.
For the Court

**Brady, J. Recused**

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Adams Creek Assocs. v. Davis<br><br>Case below:<br>186 N.C. App. 512 | No. 003P08 | 1. Defs' Motion for Temporary Stay (COA07-134) | 1. Allowed 01/09/08 |
| Barnes v. Dancy<br><br>Case below:<br>186 N.C. App. 304 | No. 537P07 | Plt-Appellants' PDR Under N.C.G.S. § 7A-31 (COA07-79) | Denied 01/24/08 |
| Beddard v. Albritton<br><br>Case below:<br>184 N.C. App. 187 | No. 357P07 | 1. Def-Appellant's NOA Pursuant to N.C.G..S. § 7A-30(1) (COA06-1241)<br><br>2. Def-Appellant's PDR Under N.C.G.S. § 7A-31(c)(2,3) | 1. Dismissed *ex mero motu* 01/24/08<br><br>2. Denied 01/24/08 |
| Billings v. General Parts, Inc.<br><br>Case below:<br>187 N.C. App. 580 | No. 029P08 | Defs' Motion for Temporary Stay (COA07-318) | Allowed 01/23/08 |
| Blyth v. McCrary<br><br>Case below:<br>184 N.C. App. 654 | No. 507P07 | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA06-726)<br><br>2. Defs' (McCrary & Country Squire) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 01/24/08<br><br>2. Dismissed as Moot 01/24/08 |
| Carter v. Marion<br><br>Case below:<br>183 N.C. App. 449 | No. 320P07 | 1. Plts' (Carter and Hyatt) NOA Based Upon a Constitutional Question (COA06-863)<br><br>2. Def's Motion to Dismiss Appeal<br><br>3. Plts' (Carter and Hyatt) PDR Under N.C.G.S. § 7A-31 | 1. —<br><br><br>2. Allowed 01/24/08<br><br>3. Denied 01/24/08 |
| Cooke v. Cooke<br><br>Case below:<br>185 N.C. App. 101 | No. 418P07 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA06-1083)<br><br>2. Def's Motion to Dismiss Petition<br><br>3. Plt's Motion to Withdraw PDR<br><br>4. Plt's Substitute PDR Under N.C.G.S. § 7A-31 | 1. —<br><br><br>2. Dismissed as Moot 01/24/08<br><br>3. Allowed 01/24/08<br><br>4. Denied 01/24/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| Davis v. Sgt. Peppers Rest. & Bar, Inc. Case below: 186 N.C. App. 132 | No. 535P07 | Plt-Appellants' PWC (COA06-1469) | Denied 01/24/08 |
|---|---|---|---|
| Etter v. Pigg Case below: 187 N.C. App. 679 | No. 570P07 | Defs' PDR Under N.C.G.S. § 7A-31 (COA07-92) | Denied 01/24/08 |
| Fairview Developers, Inc. v. Miller Case below: 187 N.C. App. 168 | No. 585P07 | Plts' PDR Under N.C.G.S. § 7A-31 (COA07-145) | Denied 01/24/08 |
| Hodgson Constr., Inc. v. Howard Case below: 187 N.C. App. 408 | No. 005P08 | Defs' Motion for Temporary Stay (COA06-1414) | Allowed 01/08/08 |
| Hollin v. Johnston Cty. Council On Aging Case below: 181 N.C. App. 77 | No. 079P07 | Defs' Motion for Temporary Stay (COA06-310) | Allowed 02/08/07 **Hudson, J., Recused** |
| In re J.G. Case below: 187 N.C. App. 496 | No. 586P07 | 1. Petitioner's (Guilford County DSS) PDR Under N.C.G.S. 7A-31 (COA06-752) 2. Respondent's (Guardian Ad Litem) Conditional PDR Under N.C.G.S. 7A-31 | 1. Denied 01/24/08 2. Dismissed as Moot 01/24/08 |
| Joker Club, LLC v. Hardin Case below: 183 N.C. App. 92 | No. 304P07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-123) | Denied 01/24/08 **Edmunds, J., Recused** |
| Kenyon v. Gehrig Case below: 183 N.C. App. 455 | No. 379P07 | Plt-Appellant's PDR Under N.C.G.S. § 7A-31 (COA06-724) | Denied 01/24/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Kinesis Adver., Inc. v. Hill<br><br>Case below:<br>187 N.C. App. 1 | No. 595P07 | 1. Defs' (Hill and Robinette) NOA Based Upon a Constitutional Question (COA06-1224)<br><br>2. Plt's and Additional Counterclaim-Defs' Motion to Dismiss Appeal<br><br>3. Defs' (Hill and Robinette) PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed 01/24/08<br><br>3. Denied 01/24/08 |
| Legette v. Scotland Mem'l Hosp.<br><br>Case below:<br>181 N.C. App. 437 | No. 159P07 | 1. Defs' NOA Based Upon a Constitutional Question (COA06-148)<br><br>2. Plt's Motion to Dismiss Appeal<br><br>3. Defs' PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 01/24/08<br><br>3. Denied 01/24/08<br><br>**Hudson, J., Recused** |
| Midsouth Golf, LLC v. Fairfield Harbourside Condo Ass'n.<br><br>Case below:<br>187 N.C. App. 22 | No. 589P07 | Plt's Motion for Temporary Stay (COA07-64) | Allowed 12/20/07 |
| Penland v. Penland<br><br>Case below:<br>186 N.C. App. 472 | No. 559P07 | Def's PDR Under N.C.G.S. 7A-31 (COA07-303) | Denied 01/24/08 |
| Spaulding v. Honeywell Int'l, Inc.<br><br>Case below:<br>184 N.C. App. 317 | No. 390P07-2 | 1. Plt's Petition to Rehear PDR (COA06-1221)<br><br>2. Plt's Alternative PWC to Review Decision of COA | 1. Dismissed 01/23/08<br><br>2. Denied 01/23/08 |
| State v. Alvardo<br><br>Case below:<br>187 N.C. App. 305 | No. 612P07 | 1. Def's PDR Under N.C.G.S. § 7A-31(c)(3) (COA07-105)<br><br>2. Def's NOA Based Upon a Substantial Constitutional Question Under N.C.G.S. § 7A-30(1)<br><br>3. AG's Motion to Dismiss Appeal | 1. Denied 01/24/08<br><br>2. ——<br><br><br>3. Allowed 01/24/08 |
| State v. Byler<br><br>Case below:<br>167 N.C. App. 109 | No. 420P7 | Def's PWC to Review a decision of the COA (COA03-453) | Dismissed 01/24/08<br><br>**Timmons-Goodson, J., Recused** |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Carpenter<br><br>Case below:<br>185 N.C. App. 731 | No. 551P07 | Def's PWC to Review Decision of COA (COA06-1459) | Denied<br>01/24/08 |
| State v. Christian<br><br>Case below:<br>180 N.C. App. 621 | No. 598P07 | Def's PWC to review Decision of COA (COA05-1415) | Denied<br>01/24/08 |
| State v. Cooper<br><br>Case below:<br>186 N.C. App. 100 | No. 490P07 | AG's Motion for Temporary Stay (COA06-1356) | Allowed<br>10/08/07 |
| State v. Dexter<br><br>Case below:<br>186 N.C. App. 587 | No. 577P07 | 1. Def's Motion for Temporary Stay (COA06-1611)<br><br>2. Def's Petition for Writ of Supersedeas<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>12/07/07<br><br>2. Denied<br>01/24/08<br><br>3. Denied<br>01/24/08 |
| State v. Duke<br><br>Case below:<br>Gaston County<br>Superior Court | No. 057A04-2 | Def's Motion of Appeal for Denial of Writ of Mandamus | Denied<br>01/24/08 |
| State v. Freeman<br><br>Case below:<br>185 N.C. App. 408 | No. 475A07 | 1. State's Motion to Dismiss Appeal (COA06-1502)<br><br>2. Def's Motion to Reconsider | 1. Allowed<br>01/07/08<br><br>2. Denied<br>01/18/08 |
| State v. Haislip<br><br>Case below:<br>186 N.C. App. 275 | No. 513P07 | AG's Motion for Temporary Stay (COA06-1488) | Allowed<br>10/19/07 |
| State v. Hall<br><br>Case below:<br>187 N.C. App. 510 | No. 013P08 | Def's PDR Under N.C.G.S. 7A-31 (COA07-595) | Denied<br>01/24/08 |
| State v. Handy<br><br>Case below:<br>184 N.C. App. 758 | No. 423P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-1337)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>*ex mero motu*<br>01/24/08<br><br>2. Denied<br>01/24/08 |

| | | | |
|---|---|---|---|
| State v. Hunt<br><br>Case below:<br>Cumberland County<br>Superior Court | No. 565P07 | 1. Def's Motion for Request for Review Under Rule 2 (COAP07-567)<br><br>2. State's Motion for Extension of Time to File Response<br><br>3. State's Motion to Dismiss Def's Request for Review Under Rule 2 or, alternatively, State's Response to PWC and Motion to Deny | 1. See Special Order Page 174<br><br>2. Allowed 11/29/07<br><br>3. See Special Order Page 174<br><br>**Brady, J., Recused** |
| State v. McIntosh<br><br>Case below:<br>185 N.C. App. 732 | No. 498P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1441) | Denied 01/24/08 |
| State v. McLamb<br><br>Case below:<br>186 N.C. App. 124 | No. 489P07 | AG's Motion for Temporary Stay (COA06-1319) | Allowed 10/08/07 |
| State v. Person<br><br>Case below:<br>187 N.C. App. 512 | No. 002A08 | 1. State's NOA (Dissent) (COA06-1507)<br><br>2. State's Motion for Temporary Stay<br><br>3. State's Petition for Writ of Supersedeas | 1. ——<br><br>2. Allowed 01/03/08<br><br>3. Allowed 01/24/08 |
| State v. Pollard<br><br>Case below:<br>181 N.C. App. 760 | No. 147P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-721)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. 7A-31 | 1. ——<br><br>2. Allowed 01/24/08<br><br>3. Denied 01/24/08 |
| State v. Raines<br><br>Case below:<br>Henderson County<br>Superior Court | No. 211A06 | 1. Def-Appellant's Motion for Appropriate Relief to Stay Issuance of the Court's Mandate<br><br>2. Def-Appellant's Motion to Withdraw the Court's Slip Opinion | 1. Denied 12/21/07<br><br>2. Denied 12/21/07 |
| State v. Wells<br><br>Case below:<br>185 N.C. App. 733 | No. 514P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-1542)<br><br>2. Def's PDR Under N.C.G.S. 7A-31 | 1. Dismissed *ex mero motu* 01/24/08<br><br>2. Denied 01/24/08<br><br>**Hudson, J., Recused** |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Sturgill v. Ashe Mem'l Hosp., Inc.<br><br>Case below:<br>186 N.C. App. 624 | No. 583P07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-1476) | Denied 01/24/08 |
| Subkhangulova (Dowdy) v. Dowdy<br><br>Case below:<br>185 N.C. App. 733 | No. 573P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1112) | Denied 01/24/08 |
| Subkhangulova (Dowdy) v. Dowdy<br><br>Case below:<br>185 N.C. App. 733 | No. 574P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1101) | Denied 01/24/08 |
| Venters v. Albritton<br><br>Case below:<br>184 N.C. App. 230 | No. 356P07 | 1. Def-Appellant's NOA Pursuant to N.C.G..S. § 7A-30(1) (COA06-1261)<br><br>2. Def-Appellant's PDR Under N.C.G.S. § 7A-31(c)(2,3) | 1. Dismissed *ex mero motu* 01/24/08<br><br>2. Denied 01/24/08 |
| Walsh v. Town of Wrightsville Beach Bd. of Alderman<br><br>Case below:<br>186 N.C. App. 681 | No. 467P06-2 | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA05-1478-2) | Denied 01/24/08 |
| Weaver v. Sheppa<br><br>Case below:<br>186 N.C. App. 412 | No. 558P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-52) | Allowed 01/24/08<br><br>**Newby, J., Recused** |
| WMS, Inc. v. Alltel Corp.<br><br>Case below:<br>185 N.C. App. 86 | No. 452P07 | Defs' PDR Under N.C.G.S. § 7A-31 (COA06-793) | Denied 01/24/08 |